UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:  Bradly J. Haarala and           :      Case No. 09-63332
       Jayne K. Haarala,                :      Chapter 7
                                        :
             Debtors.                   :      Judge Preston

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

**TO THE CLERK OF COURT:**

     The attached check in the amount of $147,257.21 represents the sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Wells Fargo Bank<br>C/O John Stumpf<br>Chairman & CEO<br>420 Montgomery St.<br>San Francisco, CA  94104 | #21 | $147,257.21 |

| Total Unclaimed/Small<br>Dividends $25.00 or Under | | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|---|
| $ 0.00 | | $147,257.21 |

Dated: March 15, 2011                    /s/   Myron N. Terlecky
                                                              Myron N. Terlecky, Trustee